# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0120. TED HARRIS  v. THE STATE.**

Upon consideration of the motion for an extension of time in which to file an application, the same is hereby DENIED. Extensions are not permitted for interlocutory applications. See Court of Appeals Rule 16 (d).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/16/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*